# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **KENNETH WAYNE GOFORTH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | 1:06CV475 |
| ) | |
| **CABARRUS COUNTY JAIL,** ) | |
| ) | |
| **Defendant.** ) | |

## J-U-D-G-M-E-N-T

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be, and the same hereby is, dismissed with prejudice and without the assessment of costs.

/s/ P. Trevor Sharp
United States Magistrate Judge

Date: June 26, 2007